946

No. 91–7162. PARZIALE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7163. ROLLINS v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 91–7164. REINBOLD v. DEWEY COUNTY BANK. C. A. 8th Cir. Certiorari denied.

No. 91–7165. MARIN v. BRIGHAM YOUNG UNIVERSITY. C. A. 10th Cir. Certiorari denied.

No. 91–7166. LOVINGS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 91–7171. JUSTICE v. LTV STEEL CO., INC., FOR ITSELF AND AS SUCCESSOR TO REPUBLIC STEEL CORP., ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–7172. HUFFSMITH v. WYOMING COUNTY PRISON BOARD ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–7177. SIRECI v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 91–7178. YEATTS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 91–7183. FERGUSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–7204. HARRIS v. SIVLEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 91–7207. CONNER v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 91–7210. WAGGONER v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 91–7212. LOWE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7213. HARDY v. LECUREUX, WARDEN. C. A. 6th Cir. Certiorari denied.